UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| H/o/b/oHARRY HAMILTON (Black Horse) <br><br> v. <br><br>, LANCE HAMILTON, AMANDA ACKLEY, JARRON STANDRIDGE, JANELLE CODER, JAYDEN LEE, STATE COLLEGE POLICE DEPARTMENT, MUNICIPALITY OF STATE COLLEGE, KIETH ROBB, CRAIG RIPKA, NICHOLAS GRAVES, CENTRE COUNTY AND CENTRE COUNTY JUDGES MARSHALL AND KATHRINE OLIVER, DAVID GAINES JR (MILLER KISTLER AND CAMPBELL), PENNSYLVANIA STATE UNIVERSITY (ATHLETICS DEPARTMENT and ADDITIONAL EDUCATIONAL INSTITUTIONS LIKE STANFORD UNIVERSITY), CENTRE DAILY TIMES (REPRESENTING ALL and ADDITIONAL OTHER MEDIA OUTLETS), GOOGLE (REPRESENTING ALL and ADDITIONAL OTHER INTERNET OUTLETS), and VIE MANAGEMENT SOUTHGATE APARTMENTS | NO. <br> SEVENTH AMENDMENT <br> JURY TRIAL REQUESTED <br> FOR DEFENDANTS NOT <br> ENTITLED TO QUALIFIED <br> IMMUNITY <br><br> 3:21 cv 501 KM <br><br> FILED <br> SCRANTON <br><br> MAR 19 2021 <br><br> PER _____ <br> DEPUTY CLERK |
| HARRY E. HAMILTON, <br> Plaintiff <br> v. <br><br> BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN, RETIREMENT BOARD OF THE BERT BELL NFL RETIREMENT PLAN, BECKY SUE THOMPSON, ESQ. JOHN DOE, JANE DOE, ABC CORPORATION (FICTIOUS ENTITIES OR PERSONS TO BE DISCOVERED) <br> Defendants | MDL No. 2323 <br> 12-md-2323 and 14-6353 |

**DECLARATORY JUDGEMENT TO AVOID QUALIFIED IMMUNITY AND COMPLAINT FOR DEFAMATION AND NEGLIGENCE DAMAGES AND REINSTATEMENT IF NECESSARY**

AND NOW, Comes H/for Harry Hamilton, as the corporate person with the man having also taken his native/Aboriginal American name believed to be given by Defendant's mother 'Black Horse' plaintiff appearing pro se (hereinafter, H, Hamilton, Black Horse,

or all interchangeably), and in accordance with appropriate Rules of Procedure, 18 USC 242, 28 USC 2201, 28 USC 1442a, 42 USC 1983, 42 USC 1981, 42 USC 12101 et. seq., the Equal Protection and Due Process Clauses submits this filing averring as follows:

**This seeks to examine how and why I would seek to disengage as a measure of protection despite having served America as a government employee, a military officer who deployed to Bosnia at the turn of the century, previously served in law enforcement as a Special Assistant United States Attorney, retired in 1993 from the National Football League (NFL- recognized as All-Pro in 1989 well before mental decline began affecting even completing and timely submitting these documents with the necessary clarity despite the seemingly insurmountable tasks of specificity that I respectfully contend go beyond Marbury v Madison -albeit long before I was even contemplated as being a recipient of the reasoning with many including myself believing I never can be a recipient of the reasoning).**

<u>Does qualified immunity prevent discovery through depositions and documents on policies to ultimately hold others financially accountable for negligently relying upon police actions that fuel sentiment and the underpinnings of systemic and systematic racism?[1]</u> Yes, declaratory judgement involves a case of actual

---

[1] It is my hope the NFL and its lawyers get in behind exposing the wrongs perpetrated societally upon its Black participants so that the race-norming that prevents payments (ie, acts as an added sword against Black players and a shield preventing payment to Black players) becomes a means of obtaining payment from institutions that continue to benefit from the institutionalized racism fueling so much that is simply wrong. Let's talk about reparations as we cannot even agree to study it in much the same way we cannot even decry racial profiling – I have to appeal the pursuit of the tax sale by the local powerful law firm because of my repeated requests of a **school policy** decrying racial profiling and suggesting the taxation without representation, a principal upon which America was built. This Honorable Court is being asked to reach back to the earliest concept of Marbury v Madison (albeit at a time when I was certainly not contemplated as a benefactor) and fashion relief even if only in the form of disclosure, i.e., release and obtain the private postings, communications, and organizational affiliations of named defendant police officers for in camera inspection to show what the other entities benefited from to the continuing detriment of me and my sons. I recently did a search for NFL players who served and did not see me listed causing me to wonder just how unique I might be and if I had acted sooner would I have been able to prevent the

**controversy, i.e., racial or systemic profiling in the State College police department due to erroneous, injurious training and direction as permitted or requested by the municipality resulting in financial and reputation damage to me and my family.[2]**

---

murder of Mr. Osage (perhaps by the same officers involved with my case and certainly the same department with the same training because the threat of my arrest came the day of his murder, March 20, 2019 – I have not named the judge (as if it would make some difference) who threatened with the arrest because within days of the murder, he would sign the order dismissing charges with prejudice – does that carry any weight for this Black man before a new judge? I fear not as I have not seen it publicly reported meaning the damage of the charges remains and continues to damage without recompense. Thus, perhaps it is my duty to combine any uniqueness by being the first parent to sue a son (**named after and not to be confused with the name of my very accomplished brother who has also agitated during the course of his accomplishments**) and his accomplices for destroying the celebration of any uniqueness (and recognizing the failure of my delay in pursuing this matter if it would have saved Mr. Osage). Ultimately, it is my belief given my insertion into the criminal data base – perhaps at the behest of many starting with Black Identity Extremism measures that US Representative Karen Bass questioned meaning when I am traveling through my birth state of New York Texas there is a basis that media accepts and reports for the summary disposition of me, I was immediately arrested, jailed, and stripped searched in Texas where they promptly brought forth the media reports following and flowing from this Honorable Court and the basis of the felony prosecution culminating in the continuing fear of the very arrest threatened on March 20, 2019 to present to the local judge (of course there was more to it, i.e., why should I have to present papers to travel or face immediate arrest because that is exactly where we are and remain in America making for the need for more than just a Justice Act and even more than a BREATHE Act and now the IRS who acts following many of my statements probably lacking appropriate considerations under the American's with Disability Act especially as far as a Common Law Marriage found by Pennsylvania bent on collecting money promised by virtue of Federal Law- 42 USC 651 et. seq. and notwithstanding any deference to 'comity' or its own laws including the representation for minors due support and cessation of alimony upon cohabitation, i.e. children by a subsequent followed by support of the children from the cohabitation recognized by one judge who was immediately overturned by another judge who displayed even greater disdain and outright disrespect who ultimately lifted a stay ex parte – this stream of consciousness was simply necessary as a product of current mental abilities and an indication that missed mail and forgotten dates or times cannot currently come under control without immediate payment to someone trained in dealing with the varying mental issues, the least of which includes recall especially in comparison to the focus necessary to coherently complete this amended document)- <u>**that freedom from the system is going to require a protection order or avenue from the ordinary stop to avoid the resultant and anticipated escalation (emphasis necessary and appropriate for a number of reasons).**</u>

[2] It is indeed my hope that on the anniversary of the commencement of felony charges that had it's underpinnings in the 'slavery days' mentality of separating father from sons (when police snatched my son out of my car in 2006) through charging harassment-**persisting to this day, the police prosecute and charge striking a child under harassment despite laws including Biblical laws permitting stern discipline of children and as a condition for avoiding criminal charges parents especially Black parents must voluntarily turn the family over to the local state agency-** in 2017 the trial of which was scheduled to be held on March 2, 2018 that the local magistrate would not delay or postpone despite my written request under the Servicemembers Civil Relief Act because of my active duty service-evidencing even worse consideration of military service than in the local court permitted mortgage foreclosure in 2000 despite federal criminality for foreclosing on active duty soldiers. I realize the huge undertaking of this action but my brother and I deserve more having been Academic All-Americans who, National Champions in football, and Soldiers in the US Army. I should not be remembered and painted as an abuser of children when not only did I parent my sons but also sought to protect them from the evils of abuse and continued illicit activity. **PLEASE SEE THAT GIVEN THE CONTINUED DIMUNITION IN MY MENTAL FUNTIONING, THE NFL AND ITS BAND OF LAWYERS SHOULD BE PURSUING FINANCIAL**

Since I may have missed the deadline (even though I think the Americans with Disabilities Act combined with COVID 19 should permit not only reconsideration of any dismissal not yet sixty days old but also extending time for service of this document to the added defendants once total consideration is given to Fed.R.C.P. 19, i.e., children now adults, the quest to address qualified immunity including the insufficiency of simply addressing qualified immunity without addressing the continuing disparate impact of systemic and systematic racism to include the instant defensiveness in all areas that ignites upon the utterance or printing of the word 'racism'; I should be allowed to file because I was ordered to court and threatened with arrest and incarceration on March 20, 2019 answering fabricated charges with not one defendant having stepped forward to tell the truth about much less pursue the threats and inactions of others March 4, 2018.[3] Immediately following the filing on or about March 3, 2020, COVID took a firmer root and within months the nation was erupting following the killings of Black people by bad police officers allowed to perpetuate violence by other silent officers. Hence, reasonable accommodations should include staying the matter during the last year. As further

---

**COMPENSATION FOR THE BENEFIT OF ME AND MY SONS.** WHILE I DO NOT KNOW IF THE ADMIRABLE AND HONORABLE JURIST WILL PERMIT, I DO BELIEVE WITH AGREEMENT OF THE NFL LAWYERS WE CAN 'CREATE A REMEDY' AS PROPER PIONEERS GIVEN THE CLIMATE OF OUR TIMES

[3] The defamation created by the State College Police Department Defendants as their poor training, i.e., racist views, sought only to disparage me and create and sustain the lies behind removing my rights to rear and protect my son from the ills of illicit activity to include the illicit drugs pouring into State College with the knowledge of law enforcement

(the local paper should pay for not having corrected its prior reporting by doing an article of the dismissal of charges – see article by same paper and same reporter whose reporting without even an opportunity to comment from me damaged recruitment of my son essentially attending an HBCU as the likes of Stanford University and even Penn State University offered others with PSU securing defendant to the detriment of reportedly the first Black male to achieve all As throughout high school PSU and Stanford need to make amends for the transgression. Many schools probably took a look at the reporting believing one son had to be involved since a scholarship was quickly given to defendant but Stanford and PSU had applications on file at the time and failed), to make a citizens arrest, to engage in self defense and defense of others. Here is the thing, you cannot find that I am a former law enforcer as having served as a Special Assistant United States Attorney, decorated military officer who deployed overseas to Bosnia

consideration for allowing this document to serve as a new complaint incorporating by reference the complaint with any and all prior documents filed on or about March 3, 2020, there are added defendants who must share in liability and there are continuing actions:

a. all defendants participated in the perpetuation of the conspiracy of lies that continues to defame as the dismissal of criminal charges for exercising my right to protect my son, effect a citizens' arrest, and defense of self and son with none stepping forward to correct the lies.

b. my son, defendant, Lance Hamilton continued doing as he was otherwise instructed JUST AS HIS STATEMENT WAS ON MARCH 4, 2018 encouraged, or led by OTHERS (POLICE OFFICERS-WHO STRIPPED HIM AND PHOTOGRAPHED HIM LEADING TO A SIMILAR ENVIRONMENT WHERE IN ILLICIT ACTIVITY WAS FORCED AND ENCOURAGED) threatening me upon service or knowledge the March 2020 filing adding to the fear and apprehension of going forward.  At one point in or about June 2020 during the fearful summer months of the pandemic as protests for murders were across the country, I was accosted in a shopping place in State College by the woman believed to be defendant Amanda Ackley about the action against defendants. Shortly thereafter, Lance conveyed threatening words directly from defendant Jarron Standridge.  The actions of the collective defendants were meant to forever silence me using children who have now become adults and learned the reward for perpetuating their lies only perpetuated illicit activity that ultimately damaged each of the youthful defendants.[4]

---

[44] Precious **** take my hand, there is no disrespect intended by bold caps and underlined meant toward the Honorable Court as it is my way of trying to draw a focus upon perhaps the avenue to create a remedy

c. The police action involved encouraging the impressionable children (who have now grown to become adults) and their adult contemporaries to take the essential candy of illicit activity to be ignored despite its dangers as fostering a platform for legalization and maintain lies to permit the imprisonment and defamatory prosecution leading to the dismissal purportedly with prejudice on or about April 2, 2019 contemporaneously with the murder of a Black man (Mr. Osage) in State College, Pa. This police action has been unrelenting as part of their training an encourage from the Chief through the rank and file as permitted and funded by the Municipality to maintain this slavery evolved through multiple avenues including criminalizing raising and protecting children simply because of the loophole of supplanting the state agencies in place and forcing their involvement.[5] actions were provided impetus for these actions are the filing suit the impetus for this filing/preparation on yet .

d. The Universities' actions denying scholarships based upon the underpinnings of systemic and systematic racism because of relying upon the media reports making me out to be a child abuser.

---

pursuant to 28 USC 2201 an intention of Congress before being labeled an 'activist judge' became a derogatory reference perhaps begetting the race to appoint completely opposite minded judges. It is so utterly important to find a way to truly allow for travel without the threat to supply a name that can be run through the system (see DOJ memorandum to justify harsher action, ie, imprisonment feeding the prison industrial complex, for simply traveling and giving a name of ones own choosing (this is a true avenue to address police reform and criminal justice reform for when police can no longer impede travel based suspicion of criminal activity/Black skin we/I may be able to turn the corner/'wade in the water'. Please know that if it would take decades for Congress to convey and reconvey the inclusiveness of the Americans with Disabilities Act (consider PTSS see Dr. Lovejoy) maybe the Declaratory Judgement Act can undergo can become the transformative mechanism to obtain the discovery for financial compensation from entities relying upon police action including the entities supporting the prison industrial complex starting with our educational institutions (Penn State University).

[5] It is quite easy to see this process. After the highlighting of the treatment of children for the last two plus decades with Kids for Cash scandal and the child sex abuse, there is now the permitted criminalizing of striking a child (fitting the criminal conduct of harassment with no element of the offense exempting one's own child as they did with me in 2017) having a disparate impact on Black men and thereby Black families.

e. The media outlets not reporting on the dismissal and allowing the internet to remain flooded with the negative press impacting awards when they should be made to pay for any amount of education my sons want to pursue.

f. The continuing hunt I encounter daily from which I need protection, ie, being strip searched following a traffic stop in Texas because Texas makes it a violation to fail to provide, name, address and birthdate when there is supposed to be a Fifth Amendment protection and a presumed right to silence. These matters automatically escalate a stop and the NFL needs to pursue the body cameras to see how the rights of a Black man are non-existent.

g. The pursuit of my sons by law enforcement making them perpetrators first rather than the victims of discriminatory reporting and policing endangering them both.

h. The foreclosures and tax sale meant to leave me with a means to provide for my sons.

    1. Defendant Lance Hamilton prevaricated at the behest and coercion for fear of sever repercussions surrounded by armed police officers who not only had him remove his clothing to be photographed but also believed he would be excused from illicit activity for making unrepresented statements. (This was a classic television cop show playing out in real life with the cops seeking the name Harry Hamilton for publicity's sake to include the ability to charge persons involved with statutory and Biblically provided rights of protection, child-rearing, and even citizen's arrest by promising children all the candy they want to make statements). Defendant Lance Hamilton and the remaining defendant's capitalized upon the actions of the police department personnel named an un-named but led or directed by the oldest law firm in the area (I make the mention because they have spearheaded the mission to amend laws and make changes

that ultimately had insulated the police department and other government agencies). I incorporate my prior filings as if more fully set forth herein and plead for an opportunity to provide more on each defendant if I can find the mental energy to sustain a comprehensive document with greater coherence. This incorporation is necessary to place all named defendants on notice given the obligation to cease the defamation of the initial statements going forward and continuing without correction culminating with the threat of arrest on March 20, 2019. The publicity of corrected and truthful statements needs to be handled forthwith and compensation by all entities relying upon the police conduct needs to be paid forthwith (if there is ever going to be any truth and reconciliation, the entities who rely on the evolution of slavery including the methods of the prison industrial complex – those relying on police conduct at the root of the decisions made must be made to account if there is ever going to any cessation of systemic and systematic racism with the NFL leading the charge in getting compensation because entities must take the victim as they find him, ie. worthy of headlines because of NFL affiliation and thereby subjected to the very stripping of rights that all institutions rely upon as justified because of police involvement further victimizing the damaged player with no recompense for the damaging public destruction of the name and reputation based on untruths and defamation.

2. The named defendants and others should be made to repair financially for taking part and relying upon the initial state actions perpetuating the systemic and systematic racism making for evolving slavery as part of an overall conspiracy against Black people with particular impact on Black men.

3. Immediate amendment will be necessary to show and allege how each of the named defendants relied upon police action and thereby have further damaged me. Lance Hamilton continues to be used and recently because he was made to disrobe for authorities he has fallen victim based on his name and erroneous deeds to others for pictures. Most significantly, Penn State University failed to actively seek my involvement despite my background (and that of my brother) by failing under 20 USC 1092 to make necessary disclosures and acted without affording any of the protections of 20 USC 1092 – hence, the eradication of being able to defend oneself or to be credibly determined as a 'victim' is going to have a disparate impact on Black men or in Lance's case men of color since Penn State University acted on criminal investigation to control the situation just like it did and the local high school did prior. The disrespect shown by all involved including yet another young man is untenable and needs to be handled.[6]

4. Even the apartment complex that has a policy against illicit activity in the apartments should have given credence to parental rights with a written and public warning or other action to guard against becoming a lasting witness that nothing illicit took place despite the flow of marijuana into State College, PA as indicated in the online article in a footnote.

5. The named Judges have acted pursuant to the actions of the other named defendants and the Judge who lifted the stay of the tax sale should be included based on how disrespectfully he spoke during the summer of 2020 seeking to further intimidate and curtail my actions through filing (but I cannot even remember his name and coming away

---

[6] Given the threats made by Jarron and Lance in summer 2020 following service of the prior filing in March and April of 2020, I am hesitant to add yet another name permitted by locals to victimize and take advantage of Lance's now trained and conditioned mindset to act threateningly toward me. Service of this complaint on the heels of the most recent incident is necessary along with an immediate deposition of Lance and the three others to account for the failure to correct the record.

from this document forces me to risk losing it and missing my intended March 19, 2021 deadline on the eve of the threat based upon the actions and inactions of named defendants to include the pursuit by David Gaines, Jr of the property maintained for the benefit of the offspring).

6. Stanford to which my son applied acted to accept others (as did other Universities) while failing to accept the negatively affected because of the publicity by the internet companies who perpetuate the systemic and systematic racism with impunity because if the police have acted it must be true and not even an ethical obligation to obtain comment exists before the information remains available perpetuating the untruths and giving credence to the disregard for natural and Biblical rights.

7. To my knowledge the police department still has not acted upon the known threats to me and my person from Defendant Jarron Standridge meaning Lance Hamilton has to be deposed to in order to even begin to curb what is taking place even as we speak because no coach or employee from high school through college including recruitment has maintained or sought to maintain paternal parental involvement, a practice from 'slavery days' when separating families was less commonplace (simply because there were not as many Black families then as there are today meaning the actual numbers are greater today). Penn State University should be made to compensate the family for dereliction of duty.

Wherefore the named defendants should be subjected to all costs and fees as well a declaration of defamation based upon fabrications and police misconduct and dereliction of duty, violations of the Constitutional Bill of Rights including the Fourth, Fifth, and Eighth Amendments.

March 19, 2021

Respectfully submitted,
/s/ xI308
H on behalf of/Living on the Land
Best to Call
P.O. Box 212/P.O. Box 1737
Lemont, PA 16851/Wilkes-Barre, PA 18702
973-951-9091

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| H/HARRY HAMILTON (Black Horse) | NO. |
| v. | SEVENTH AMENDMENT JURY TRIAL REQUESTED FOR DEFENDANTS NOT ENTITLED TO QUALIFIED IMMUNITY |
| , LANCE HAMILTON, AMANDA ACKLEY, JARRON STANDRIDGE, JANELLE CODER, JAYDEN LEE, STATE COLLEGE POLICE DEPARTMENT, MUNICIPALITY OF STATE COLLEGE, KIETH ROBB, CRAIG RIPKA, NICHOLAS GRAVES, CENTRE COUNTY AND CENTRE COUNTY JUDGES MARSHALL AND KATHRINE OLIVER, DAVID GAINES JR (MILLER KISTLER AND CAMPBELL), PENNSYLVANIA STATE UNIVERSITY (ATHLETICS DEPARTMENT and ADDITIONAL EDUCATIONAL INSTITUTIONS LIKE STANFORD UNIVERSITY), CENTRE DAILY TIMES (REPRESENTING ALL and ADDITIONAL OTHER MEDIA OUTLETS), GOOGLE (REPRESENTING ALL and ADDITIONAL OTHER INTERNET OUTLETS), and VIE MANAGEMENT SOUTHGATE APARTMENTS | |

| | |
|---|---|
| HARRY E. HAMILTON,     Plaintiff | : : |
| v. | :   MDL No. 2323 :   12-md-2323 and 14-6353 |
| BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN, RETIREMENT BOARD OF THE BERT BELL NFL RETIREMENT PLAN, BECKY SUE THOMPSON, ESQ. JOHN DOE, JANE DOE, ABC CORPORATION (FICTIOUS ENTITIES OR PERSONS TO BE DISCOVERED)               Defendants | : : : : : : : : |

## VERIFICATION

I, H/ Harry Hamilton, Plaintiff in the above-captioned matter, verify that the statements in the complaint are true and correct to the best of my knowledge, information and belief understanding the penalties relating to penalty for perjury and unsworn falsification to authorities under 28 USC 1746.

                                      Respectfully submitted,
                                      /s/ xI308
                                      H on behalf of/Living on the Land 973-951-9091